of 28 U.S.C.A., section 2636(d), the matter is remanded to a single judge of this court to determine the proper dutiable value of the subject merchandise in the manner provided by law.

Judgment will be entered accordingly.

BEFORE THE FIRST DIVISION, OCTOBER 16, 1962

No. 67123.—E. W. Bruno, Inc., et al. *v.* United States, protests 59/14915, etc. (Los Angeles).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiffs was sustained.

No. 67124.—Ernest Greenwood Co. et al. *v.* United States, protests 61/11286, etc. (Norfolk).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiffs was sustained.

No. 67125.—Illfelder Importing Co., Inc. *v.* United States, protest 62/4575 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of glass paperweights similar in all material respects to those the subject of Abstract 64185, the claim of the plaintiff was sustained.

No. 67126.—M. Zwiebel *v.* United States, protest 60/27142 (New York).